# EXHIBIT A

## DECLARATION OF LUIS TAPIA
## IN SUPPORT OF MOTION TO SUPPRESS

## DECLARATION OF LUIS TAPIA

I, Luis Tapia, hereby state and declare as follows:

1.     I am the defendant in *United States v. Luis Tapia,* CR 11-1068-ODW. I submit this declaration in support of establishing standing for the motion to suppress evidence obtained by law enforcement following the stop of my Honda Accord on June 21, 2011.

2.     My counsel has advised this declaration will be submitted for standing purposes  pursuant to *Simmons. v. United States,* 390 U.S. 377 (1968).

3.     I was the owner and possessor of the Honda Accord 3XUH552 stopped on June 21, 2011.  I was not driving at the time.  Diane Zamora was driving when we were stopped by the police.

4.     The rear license plate bulb his car worked on June 21, 2011.  I had shortly before that day purchased a new bulb and replaced the bulb for the light that illuminated the rear plate on my Accord.  Therefore I know the light was in working order.  The officer's claim in the report that it was inoperable at the time of the stop is not true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 14th day of April, 2014 at Los Angeles, Ca.

By, _____

Luis Tapia