# EXHIBIT B

## LIST OF EVIDENCE SEIZED IN SEARCH OF HONDA [CHANNEL ISLAND'S BLVD LOCATION]

FOLLOW-UP REPORT                     - 3 -                CASE NO. 11-12114

A SEARCH OF THE PASSENGER COMPARTMENT YIELDED THE FOLLOWING ITEMS:

1. THREE (3) U.S. MARINE CORPS BUMPER STICKERS FOUND IN THE PASSENGER SIDE DOOR MAP POCKET
2. A RED JEWELRY BOX FOUND IN THE CENTER CONSOLE
3. A HONDA OF OXNARD WORK ORDER FOR THE VEHICLE BEING SEARCHED IN THE NAME OF DIANA ZAMORA FOUND IN THE GLOVE BOX
4. A RECEIPT FOR A CHILD SUPPORT PAYMENT IN THE STATE OF CALIFORNIA IN THE NAME OF LUIS TAPIA FOUND IN THE GLOVE BOX
5. A "HARRAH'S CASINO" ENVELOPE FOUND ON THE FLOOR BOARD BEHIND THE DRIVERS SEAT
6. A BLACK AT&T CELL PHONE WITH CHARGER FOUND IN THE CENTER CONSOLE
7. PACKAGING FOR AN AT&T CELL PHONE FOUND ON THE FLOOR BOARD BEHIND THE DRIVERS SEAT
8. VCMC CONSENT FOR TREATMENT AND CONDITIONS OF ADMISSION PAPER WORK IN THE NAME OF LUIS M. TAPIA FOUND IN THE CENTER CONSOLE
9. AND A CHILD SUPPORT SERVICE CARD WITH THE NAME "TAPIA" AND CASE NUMBER 200000000685588 AND PARTICIPANT NUMBER 300000002315320 WRITTEN ON THE CARD FOUND IN THE CENTER CONSOLE
10. A PLASTIC BAG CONTAINING BLUE LATEX GLOVES FOUND IN A RED "BRIDGESTONE" BAG IN THE TRUNK
11. A BLACK NOTEBOOK WITH PAY/OWE SHEETS FOUND IN A BLACK LAPTOP BAG IN THE TRUNK



LT000067

Page 68

## OXNARD POLICE DEPARTMENT
## FOLLOW-UP REPORT

### CASE NO. 1112004

| Code Section/Description: | 11378 H&S | POSSESSION OF CONTROLLED SUBSTANCE FOR SALE |
|---|---|---|
| | 11379(a) H&S | TRANSPORTATION OF A CONTROLLED SUBSTANCE FOR SALE |
| | 11550(a) H&S | UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE |
| | 4060 B&P | POSSESSION OF PRESCRIPTION MEDICATION WITHOUT A PRESCRIPTION |

| Date/Time Info Received: | 6/21/11 2200 HOURS | Location of Incident: | CHANNEL ISLANDS BOULEVARD, JUST WEST OF VENTURA ROAD OXNARD, CA |
|---|---|---|---|

| Victim: | CALIFORNIA, STATE OF | Suspect: | ZAMORA, DIANA SOPHIA |
|---|---|---|---|

| Code: | EV/K | APS Card: | NO | Property Name: | CRYSTAL METHAMPHETAMINE | | |
|---|---|---|---|---|---|---|---|
| Brand: | | | | Serial #: | | Model: | |
| Qty: | 3 | | | Barcode#: 172169 | ERFA#: | Value: | |
| Description: | THREE BINDLES OF WHITE CRYSTALLINE SUBSTANCE WHICH WERE LOCATED IN THE DRIVER'S DOOR MAP POCKET | | | | | | |

| Code: | EV/I | APS Card: | NO | Property Name: | PILLS | | |
|---|---|---|---|---|---|---|---|
| Brand: | | | | Serial #: | | Model: | |
| Qty: | 3 | | | Barcode#: 172170 | ERFA#: | Value: | |
| Description: | THREE HYDROCODONE AND TYLENOL PILLS LOCATED IN ZAMORA'S WALLET | | | | | | |

| Code: | EV/K | APS Card: | NO | Property Name: | MARIJUANA | | |
|---|---|---|---|---|---|---|---|
| Brand: | | | | Serial #: | | Model: | |
| Qty: | | | | Barcode#: 172171 | ERFA#: | Value: | |
| Description: | MARIJUANA LOCATED IN ZAMORA'S PURSE | | | | | | |

| Code: | EV/K | APS Card: | NO | Property Name: | PAPER BAG | | |
|---|---|---|---|---|---|---|---|
| Brand: | | | | Serial #: | | Model: | |
| Qty: | 1 | | | Barcode#: 172172 | ERFA#: | Value: | |
| Description: | YELLOW PAPER BAG THAT HAD CONTAINED THREE BINDLES OF THE WHITE CRYSTALLINE SUBSTANCE AND RUBBER GLOVE | | | | | | |

| Code: | EV/K | APS Card: | NO | Property Name: | SCALE | | |
|---|---|---|---|---|---|---|---|
| Brand: | U.S. MAGNUM | | | Serial #: | | Model: | |
| Qty: | 1 | | | Barcode#: 172173 | ERFA#: | Value: | |
| Description: | U.S. MAGNUM GRAM SCALE | | | | | | |

| Code: | EV/K | APS Card: | NO | Property Name: | MARIJUANA PIPE AND RUBBER GLOVE | | |
|---|---|---|---|---|---|---|---|
| Brand: | | | | Serial #: | | Model: | |
| Qty: | 2 | | | Barcode#: 172174 | ERFA#: | Value: | |
| Description: | MARIJUANA PIPE AND RUBBER GLOVE | | | | | | |

| Reporting Officer/s: | ID#/Call Sign: | Date/Time Dictated: | Job # | Date Typed/Typist: |
|---|---|---|---|---|
| MARTIN COOK | 4969/2F12 | 6/22/11 1402 HOURS | 149965 | 6/22/11 |

LT000068

Page 69

**FOLLOW-UP REPORT**            - 2 -            **CASE NO. 1112004**

| Code: EV/K | APS Card: NO | Property Name: CLEAR PLASTIC SANDWICH BAG AND RUBBER GLOVE | |
|---|---|---|---|
| Brand: | | Serial #: | Model: |
| Qty: 2 | | Barcode#: 172175 ERFA#: | Value: |
| Description: EMPTY CLEAR PLASTIC SANDWICH BAG AND RUBBER GLOVE THAT WERE LOCATED IN ZAMORA'S PURSE | | | |

| Code: EV/K | APS Card: NO | Property Name: METHAMPHETAMINE | |
|---|---|---|---|
| Brand: | | Serial #: | Model: |
| Qty: 1 | | Barcode#: 172176 ERFA#: | Value: |
| Description: CLEAR PLASTIC BINDLE OF THE WHITE CRYSTALLINE SUBSTANCE | | | |

| Code: EV/K | APS Card: NO | Property Name: PHOTOGRAPHS | |
|---|---|---|---|
| Brand: | | Serial #: | Model: |
| Qty: 1 | | Barcode#: 172177 ERFA#: | Value: |
| Description: DIGITAL PHOTOGRAPHS | | | |

## DETAILS



LT000069