# EXHIBIT C

## SEARCH WARRANT AND EVIDENCE SEIZED FROM SEARCH OF HONDA JUNE 22

**STATE OF CALIFORNIA – COUNTY OF VENTURA**

**SEARCH WARRANT AND AFFIDAVIT**

{AFFIDAVIT}

Oxnard Police Department Detective Miguel Serrato, swears under oath that the facts expressed by him in the attached and incorporated Statement of Probable Cause are true and that based thereon he has probable cause to believe and does believe that the property described below is lawfully seizable pursuant to California Penal Code section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_____, NIGHT SEARCH REQUESTED: YES ☐ NO ☒

[Signature of Affiant]

1

LT000819

{SEARCH WARRANT}

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF VENTURA:** proof by affidavit having been made before me by Detective Miguel Serrato, that there is probable cause to believe that the property described herein may be found at the locations set forth herein and it is lawfully seizable pursuant to California Penal Code section 1524 as indicated below by "X" (s) in that it:

☐ There is a warrant to arrest a person

☒ Was used as the means of committing a felony

☐ Is possessed by a person with the intent to use it as a means of committing a public offense or is possessed by another, to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery,

☒ Tends to show that a felony has been committed or that a particular person has committed a felony,

☐ Tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, has occurred or is occurring;

**YOU ARE THEREFORE COMMANDED TO SEARCH:**

<u>THE FOLLOWING VEHICLE:</u>

Maroon, 1999 Honda Accord, California license plate number 4XUH552;

<u>FOR THE FOLLOWING PROPERTY:</u>

1) Methamphetamine

2) Methamphetamine paraphernalia used in the packaging and processing of methamphetamine for sale such as weighing scales, paper bindles, vials, plastic baggies, measuring spoons and other containers commonly associated with the storage and the use of methamphetamine, also to include screens, mirrors and razor blades.

3) Substances used in the preparation of methamphetamine for sales or a cutting agent.

2

LT000820

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 2

4) Articles of personal property that tend to establish and document sales of methamphetamine. These articles consist in part of and include items such as U.S. currency, currencies of other countries and all negotiable instruments; buyer list, seller list, and records of sales, such as personal telephone books, address books, telephone bills, papers, and documents containing a list of names and articles of personal property tending to establish the identity of persons in control of the premises; magnetic mediums such as cassette tapes, video tapes, computer disks, diskettes, electronic data processing and storage devices, electronic address books and calculators; vehicles, storage areas or containers, utility company receipts, rent receipts, addressed envelopes, keys, ledgers, markers, checkbooks, passbooks, savings account books, other financial records; phone numbers recorded in the memory of electronic paging devices and any new incoming numbers; and incoming phone calls during execution of the warrant.

5) ~~Guns, magazines, ammunition, holsters, gun cleaning kits, etc.~~ *NAfyers*

6) Surveillance equipment such as scanners, monitors, cameras, recorders, tapes, etc.

7) Any property determined to be stolen by serial number, victim identification or any other type of identification.

**AND TO SEIZE IT IF FOUND AND BRING IT FORTHWITH BEFORE ME, OR THIS COURT, AT THE COURTHOUSE OF THIS COURT.**

This Search Warrant and incorporated Affidavit was sworn and subscribed before me on this _22_ day of ___June___, 2011, at ___2:50___ A.M. (P.M.)

Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____, NIGHT SEARCH APPROVED: YES ☐ NO ☒ *N/A*

[Signature of Magistrate]

Judge of the Superior Court, Ventura Judicial District

LT000821

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 3

## STATEMENT OF PROBABLE CAUSE

I, Miguel Serrato, am a peace officer for the city of Oxnard, state of California. I have been a peace officer for the Oxnard Police Department for 5 years. I am currently assigned to the Oxnard Police Department Narcotics Division as a detective. My education, training and experience in the enforcement of the laws pertaining to controlled substances are as follows:

I attended the Ventura County Sheriff's and Police Academy in January, 2005, and obtained approximately 947 hours of training, part of which was dedicated to the use, packaging and sales of controlled substances, identification of narcotics users and symptomology of users under the influence of controlled substances. In October, 2006, I completed a twenty-four hour course in drug abuse recognition under the peace officers' standards and training system. In August, 2007, I completed an eight-hour course on drug trafficker interdiction presented by the California Narcotics Officers Association. In November, 2010, I completed an 80 hour narcotics investigators course presented by the California Department of Justice.

I have been trained at the Ventura County Crime Lab in the use of the Scott Reagent NIK presumptive test kits which is a series of presumptive tests used to identify controlled substances.

During my 5 years in law enforcement with the Oxnard Police Department, I have investigated narcotics cases and have arrested more then one hundred persons for being under the influence of various types of controlled substances, possession of controlled substances, possession of controlled substances for sale and/or possession of narcotics paraphernalia. I have testified as an expert on possession for sales of a controlled substance cases in Ventura Superior Court. Additionally, I have examined and talked with many more persons, both users and buyers, concerning use and sales of controlled substances and have had the occasion to see various types of controlled substances in various forms, quantities and types of packaging for sale. I have also authored several narcotics search warrants and have handled several confidential informants since I became a narcotics detective. I have also seen scales, pay/owe sheets and cut materials.

4

LT000822

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 4

It is my opinion, based on formal training and my experience executing and assisting in the service of search warrants, that persons involved in narcotics transactions often keep records of these types of transactions in their homes, businesses, and automobiles. These records consist of buyer lists and address/telephone lists and are kept by narcotics dealers, whether or not the dealer is in possession of narcotics at any given moment.

It is my opinion, based on the execution and assistance in the service of search warrants, that persons involved in narcotics transactions, most often keep these items in their residence, in vehicles that they have access to and will also conceal narcotics on/in their person. It is common for those involved in narcotic-related activity to conceal narcotics in various physical locations at or near premises they frequent or in various body orifices on their person and beneath clothing to avoid detection by law enforcement.

It is my opinion that persons involved in narcotic sales often have hidden compartments in their vehicles or vehicles they drive to avoid detection by law enforcement.

It is my opinion that persons involved in narcotic sales often drive other people's vehicles to transport and sell narcotics. Residences and vehicles offer an atmosphere of security that can be controlled and allow for a safe environment in which drugs can be individually hidden and packaged for sale. It has been my experience that this is true, even if the sales occur at other locations.

It is my opinion that the seizure of these items will provide evidence of the events reported in this affidavit and the items have and will again be used to aid in the commission of felony drug transactions. Therefore, I believe that these records and paraphernalia can be found in the locations to be searched, despite any lapse of time between the events described and the anticipated service of this warrant. Based on my training and experience, it is my opinion that people engaged in maintaining a place where controlled substances are used or sold often times use surveillance equipment in order to monitor activity near their location. It is common to find police scanners and video surveillance equipment being utilized at these locations. These individuals often arm themselves with guns for protection since they deal with gang members and violent drug offenders and it is common to find guns and other weapons at these locations. I

5

LT000823

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 5

have also found stolen property at these locations since some drug users will trade stolen property for drugs.

During the service of narcotics search warrants, it is routine to find persons at the location that are not specifically named in the affidavit. These persons are routinely found to be involved in narcotics-related activity. It has been my experience that it is common for visitors, friends, roommates, other residents and family members to participate and/or conceal criminal activity taking place at the time of the service of the search warrant. Furthermore, because of the lapse of time between the knowledge of the presence of law enforcement and the actual entry into the residence and detention of the occupants, it is my belief that target subjects will sometimes give their narcotics and paraphernalia to other people to hold.

On 6/21/11, at approximately 2200 hours, Officer Earhardt and Officer Cook with the Oxnard Police Department were in full uniform in a marked black and white unit working a two-man unit. Officer Earhardt and Officer Cook observed a Maroon 1999 Honda Accord, California license plate number 4XUH552, in the area of Ventura Road and Channel Islands Boulevard in the city of Oxnard. The officers observed a traffic violation and initiated a traffic stop on the vehicle. The officers contacted the driver and solo occupant of the vehicle who identified herself as Diana Sophia Zamora (D.O.B. 1/25/88). Zamora exhibited the symptoms of being under the influence of a controlled substance and was subsequently arrested reference violation of 11550(a) H&S.

The maroon 1999 Honda Accord, California license plate number 4XUH552, was going to be towed per storage authority 22651(h) CVC as it was parked in a no parking zone. During an inventory search of the vehicle, three plastic baggies with a crystalline substance were found in the side pocket of the driver side door. The baggies were later tested and weighed. The baggies weighed 24.8 grams with packaging and tested positive for methamphetamine using a presumptive test.

K-9 Officer John Brisslinger arrived on scene and was asked by the officers if he could have his dog check the vehicle for narcotics. Officer John Brisslinger told the officers that his K-9 dog "Gino" alerted inside the vehicle in the right rear passenger side of the vehicle. K-9 dog "Gino" is a working narcotics dog for the Oxnard Police Department.

LT000824

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 6

Based on the amount of methamphetamine found inside of the vehicle, the alert by K-9 dog "Gino", the vehicle was impounded pending further investigation.

On 6-22-11, I spoke with K-9 Officer Brisslinger via phone. K-9 Officer Brisslinger said that his K-9 dog "Gino" is current with all his certifications and is an active narcotics K-9 dog. K-9 Officer Brisslinger said his K-9 dog "Gino" is current with the National Police K-9 Association which is an annual certification.

On 6/22/11, a check of Department of Motor Vehicle records showed that California license plate number 4XUH552 is registered to a 1999 Honda to Tammy Roxanne Villa with an address at 122 South Juanita Avenue, in the city of Oxnard.

Based on the information in this affidavit and my experience, education, training and expertise, along with the alert by K-9 "Gino" it is my opinion that methamphetamine for sale, a violation of health and safety code 11378, will likely be located in the vehicle in a hidden compartment.

Based on the facts of this case, I believe a search of the maroon, 1999 Honda Accord, California license plate number 4XUH552, will result in the finding of the following property:

1) Methamphetamine

2) Methamphetamine paraphernalia used in the packaging and processing of methamphetamine for sale such as weighing scales, paper bindles, vials, plastic baggies, measuring spoons and other containers commonly associated with the storage and the use of methamphetamine, also to include screens, mirrors and razor blades.

3) Mannite or other substances used in the preparation of methamphetamine for sales or a cutting agent.

4) Articles of personal property that tend to establish and document sales of methamphetamine. These articles consist in part of and include items such as U.S. currency, currencies of other countries and all negotiable instruments; buyer list, seller list, and records of sales, such as personal telephone books, address books, telephone bills, papers, and documents containing a list of names and articles of personal property tending to establish the identity of persons in control of the premises; magnetic mediums such as cassette tapes, video tapes, computer disks, diskettes, electronic data processing and storage devices, electronic address books and calculators;

7

LT000825

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 7

vehicles, storage areas or containers, utility company receipts, rent receipts, addressed envelopes, keys, ledgers, markers, checkbooks, passbooks, savings account books, other financial records; phone numbers recorded in the memory of electronic paging devices and any new incoming numbers; and incoming phone calls during execution of the warrant.

5) ~~Guns, magazines, ammunition, holsters, gun cleaning kits, etc.~~ *NhAyers*

6) Surveillance equipment such as scanners, monitors, cameras, recorders, tapes, etc.

7) Any property determined to be stolen by serial number, victim identification or any other type of identification.

LT000826

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 8

STATE OF CALIFORNIA – COUNTY OF VENTURA

SEARCH WARRANT AND AFFIDAVIT

{AFFIDAVIT}

Oxnard Police Department Detective Miguel Serrato, swears under oath that the facts expressed by him in the attached and incorporated Statement of Probable Cause are true and that based thereon he has probable cause to believe and does believe that the property described below is lawfully seizable pursuant to California Penal Code section 1524, as indicated below, and is now located at the locations set forth below. Wherefore, affiant requests that this Search Warrant be issued.

_____, NIGHT SEARCH REQUESTED: YES ☐ NO ☒

[Signature of Affiant]

{SEARCH WARRANT}

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY SHERIFF, POLICE OFFICER, OR PEACE OFFICER IN THE COUNTY OF VENTURA:** proof by affidavit having been made before me by Detective Miguel Serrato, that there is probable cause to believe that the property described herein may be found at the locations set forth herein and it is lawfully seizable pursuant to California Penal Code section 1524 as indicated below by "**X**" (s) in that it:

☐ There is a warrant to arrest a person

☒ Was used as the means of committing a felony

1

LT000812

Exh C Search Warrant and List Evid Seized from Honda June 22 p. 9

☐   Is possessed by a person with the intent to use it as a means of committing a public offense or is possessed by another, to whom he or she may have delivered it for the purpose of concealing it or preventing its discovery,

☒   Tends to show that a felony has been committed or that a particular person has committed a felony,

☐   Tends to show that sexual exploitation of a child, in violation of P.C. Section 311.3, has occurred or is occurring;

## YOU ARE THEREFORE COMMANDED TO SEARCH:

### THE FOLLOWING VEHICLE:

Maroon, 1999 Honda Accord, California license plate number 4XUH552;

### FOR THE FOLLOWING PROPERTY:

1) Guns, magazines, ammunition, holsters, gun cleaning kits, etc.
2) Cocaine
3) Heroin

**AND TO SEIZE IT IF FOUND AND BRING IT FORTHWITH BEFORE ME, OR THIS COURT, AT THE COURTHOUSE OF THIS COURT.**

This Search Warrant and incorporated Affidavit was sworn and subscribed before me on this 22ⁿᵈ day of _____, 2011, at _1916_ A.M. (P.M)

Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

_____, NIGHT SEARCH APPROVED: YES ☐  NO ☒

[Signature of Magistrate]

Judge of the Superior Court, Ventura Judicial District

2

LT000813

OPD7

# OXNARD POLICE DEPARTMENT
### STATE OF CALIFORNIA  COUNTY OF VENTURA

Page 1 of 5

**ADDRESS:** 251 SOUTH C ST, OXNARD / MAROON HONDA #4XUH552   **CASE NO.** 1214 11-

**RECEIPT FOR PROPERTY TAKE ON SEARCH WARRANT (PENAL CODE 1535)**   **DATE** 6-22-11   **TIME** 1700

**ITEM NO.** 1   **SUSPECT** —   **LOCATION OF PROPERTY** RED "BRIDGE STONE" BAG IN TRUNK

**PROPERTY DESCRIPTION**

CLEAR PLASTIC BAG CONTAINING BLUE LATEX GLOVES

**EVIDENCE TAG #** —

| LOCATING OFFICER/EMP NO. EASTER /#19591 | PHOTO ☒YES ☐ NO | SEIZED/11470 H&S ☐ YES ☒NO | SEIZING OFFICER/EMP NO. EASTER #19591 |

**ITEM NO.** 2   **SUSPECT** —   **LOCATION OF PROPERTY** NOTEBOOK IN TRUNK

**PROPERTY DESCRIPTION**

BLACK NOTEBOOK FOUND IN A BLACK LAPTOP BAG THAT WAS IN TRUNK OF VEHICLE.

**EVIDENCE TAG #** —

| LOCATING OFFICER/EMP NO. EASTER #19591 | PHOTO ☐YES ☐ NO | SEIZED/11470 H&S ☐ YES ☒NO | SEIZING OFFICER/EMP NO. EASTER #19591 |

**ITEM NO.** 3   **SUSPECT** —   **LOCATION OF PROPERTY** PASSENGER SIDE REAR QUARTER PANEL

**PROPERTY DESCRIPTION**

SMITH & WESSON SW9VE #PDN0790 SEMI-AUTO HANDGUN

**EVIDENCE TAG #** —

| LOCATING OFFICER/EMP NO. R. MARQUEZ #4978 | PHOTO ☒YES ☐ NO | SEIZED/11470 H&S ☐ YES ☒NO | SEIZING OFFICER/EMP NO. R. MARQUEZ #4978 |

**ITEM NO.** 4   **SUSPECT** —   **LOCATION OF PROPERTY** PASS SIDE REAR QUARTER PANEL

**PROPERTY DESCRIPTION**

TAURUS .38 CAL SPECIAL REVOLVER #HE39149

**EVIDENCE TAG #** —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☒YES ☐ NO | SEIZED/11470 H&S ☐ YES ☒NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |

**ITEM NO.** 5   **SUSPECT** —   **LOCATION OF PROPERTY** PASS SIDE REAR QUARTER PANEL

**PROPERTY DESCRIPTION**

2 SILVER SMITH & WESSON 16 ROUND 9MM MAGAZINES

**EVIDENCE TAG #** —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☒YES ☐ NO | SEIZED/11470 H&S ☐ YES ☒NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |

E:\WP\24\SEARCH WARRANT PROPERTY INVENTORY FORM.doc

LT000089

Page 90

OPD7

# OXNARD POLICE DEPARTMENT
## STATE OF CALIFORNIA  COUNTY OF VENTURA

Page 2 of 5

ADDRESS: 257 SOUTH C ST, MAROON HONDA #4XVH552    CASE NO. ~~~ 11-12

RECEIPT FOR PROPERTY TAKE ON SEARCH WARRANT (PENAL CODE 1535)   DATE 6-22-11   TIME 1700

| ITEM NO. 6 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

BLOCK GUN BAG CONTAINING SILVER HANDCUFFS, ~~~~~~~~~~ ~~~~~ R6 #5781

EVIDENCE TAG # —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐NO | SEIZED/11470 H&S ☐YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ # 4978 |
|---|---|---|---|

| ITEM NO. 7 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

3- 50 ROUNDS OF .45 CAL "WOLF" AMMO, 1- 50 RUUNDS OF .357 "WINCHESTER", 35 ROUNDS OF .35? "REMINGTON", ~~~~ 5- .38 CAL ROUNDS, AMMO 1 .357 ROUND, AND 1 SHOTGUN ROUND

EVIDENCE TAG # —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐NO | SEIZED/11470 H&S ☐YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 8 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

-ZIP-LOCK BAG CONTAINING 6- 9 mm WINCHESTER ROUNDS

EVIDENCE TAG # —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐NO | SEIZED/11470 H&S ☐YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 9 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

DIGITAL SCALE FOUND IN A MAROON RUBBERMAID CONTAINER

EVIDENCE TAG # —

| LOCATING OFFICER/EMP NO. MARQUEZ # 4978 | PHOTO ☑YES ☐NO | SEIZED/11470 H&S ☐YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ # 4978 |
|---|---|---|---|

| ITEM NO. 10 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

2 PLASTIC CONTAINERS WITH DRUG PACKAGING

EVIDENCE TAG # —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐NO | SEIZED/11470 H&S ☐YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ # 4978 |
|---|---|---|---|

E:\WP\24\SEARCH WARRANT PROPERTY INVENTORY FORM.doc

LT000090

Page 91

OPD7

# OXNARD POLICE DEPARTMENT
### STATE OF CALIFORNIA  COUNTY OF VENTURA

Page 3 of 5

ADDRESS: 257 SOUTH C ST, MORWON HONDA #4XUH552

:CEIPT FOR PROPERTY TAKE ON SEARCH WARRANT (PENAL CODE 1535)

CASE NO. _____ 11-1211

DATE 6-22-11    TIME 1700

| ITEM NO. 11 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

WHITE FLOWER DESIGN PLASTIC CONTAINER

EVIDENCE TAG #  —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 12 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

US CURRENCY, TOTAL $10,020.00 DOLLARS

EVIDENCE TAG #  —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐ NO | SEIZED/11470 H&S ☐ YES ☐NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 13 | SUSPECT — | LOCATION OF PROPERTY ~~~~~~~~ ↑ CENTER CONSOLE |
|---|---|---|

PROPERTY DESCRIPTION

- VCMC MEDICAL PAPERWORK FOR LUIS M. TAPIA AND CHILD SUPPORT SERVICE CARD FOR LUIS TAPIA

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 14 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

1 PLASTIC BAG CONTAINING 9.3 OZ OF COCAINE & 1 PLASTIC BAG CONTAINING 9.2 OZ OF COCAINE

EVIDENCE TAG #  —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 15 | SUSPECT — | LOCATION OF PROPERTY PASS SIDE REAR QUARTER PANEL |
|---|---|---|

PROPERTY DESCRIPTION

1 PLASTIC BAG OF 6.8 OZ OF METH AND 1 PLASTIC BAG OF 2.8 OZ OF METH

EVIDENCE TAG #  —

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

E:\WP\24\SEARCH WARRANT PROPERTY INVENTORY FORM.doc

LT000091

OPD7

**OXNARD POLICE DEPARTMENT**
STATE OF CALIFORNIA  COUNTY OF VENTURA

Page 4 of 5

ADDRESS: 251 S C ST, OXNARD / MAROON HONDA #4XUH552          CASE NO. ~~11~~ 121

RECEIPT FOR PROPERTY TAKE ON SEARCH WARRANT (PENAL CODE 1535)   DATE 6.22-11   TIME 1700

| ITEM NO. 16 | SUSPECT — | LOCATION OF PROPERTY PASSENGER DOOR MAP POCKET |
|---|---|---|

PROPERTY DESCRIPTION

3 - US MARINE BUMPER STICKERS AND AN ADDITIONAL SOLO STICKER

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. EASTER #13591 | PHOTO ☑ YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑ NO | SEIZING OFFICER/EMP NO. EASTER #13591 |
|---|---|---|---|

| ITEM NO. 17 | SUSPECT — | LOCATION OF PROPERTY CENTER CONSOLE |
|---|---|---|

PROPERTY DESCRIPTION

BLACK AT&T SAMSUNG CELL PHONE WITH CHARGER

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑ YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑ NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 18 | SUSPECT — | LOCATION OF PROPERTY CENTER CONSOLE |
|---|---|---|

PROPERTY DESCRIPTION

- RED JEWELRY BOX

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑ YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑ NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 19 | SUSPECT — | LOCATION OF PROPERTY GLOVE BOX |
|---|---|---|

PROPERTY DESCRIPTION

HONDA OF OXNARD WORK ORDER IN THE NAME OF OXANA ZAMORA AND A LOCAL PAYMENT RECEIPT IN THE NAME OF LUIS TAPIA

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑ YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑ NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 20 | SUSPECT — | LOCATION OF PROPERTY FLOOR BOARD BEHIND DRIVERS SEAT |
|---|---|---|

PROPERTY DESCRIPTION

HARRAHS ENVELOPE

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑ YES ☐ NO | SEIZED/11470 H&S ☐ YES ☑ NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

E:\WP24\SEARCH WARRANT PROPERTY INVENTORY FORM.doc

LT000092

OPD7

# OXNARD POLICE DEPARTMENT
### STATE OF CALIFORNIA  COUNTY OF VENTURA

Page 5 of 5

ADDRESS: 251 SOUTH C ST, OXNARD / MAROON HONDA # 4XUH 552          CASE NO. 11-121

'CEIPT FOR PROPERTY TAKE ON SEARCH WARRANT (PENAL CODE 1535)    DATE 6-22-11    TIME 1700

| ITEM NO. 21 | SUSPECT — | LOCATION OF PROPERTY FLOOR BOARD BEHIND DRIVER'S SEAT |
|---|---|---|

PROPERTY DESCRIPTION

AT&T CELL PHONE PACKAGING FOR CELL: 562-673-3763

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐NO | SEIZED/11470 H&S ☐YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 22 | SUSPECT — | LOCATION OF PROPERTY |
|---|---|---|

PROPERTY DESCRIPTION

1 CLEAR BAG CONTAINING 2 LBS, 5.2 OZ OF BROWN HEROIN AND 2

PLASTIC BAGS CONTAINING 3.6 OZ OF BROWN HEROIN

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. MARQUEZ #4978 | PHOTO ☑YES ☐NO | SEIZED/11470 H&S ☐YES ☑NO | SEIZING OFFICER/EMP NO. MARQUEZ #4978 |
|---|---|---|---|

| ITEM NO. 2DN | SUSPECT | LOCATION OF PROPERTY |
|---|---|---|

PROPERTY DESCRIPTION

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. | PHOTO ☐YES ☐NO | SEIZED/11470 H&S ☐YES ☐NO | SEIZING OFFICER/EMP NO. |
|---|---|---|---|

| ITEM NO. | SUSPECT | LOCATION OF PROPERTY |
|---|---|---|

PROPERTY DESCRIPTION

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. | PHOTO ☐YES ☐NO | SEIZED/11470 H&S ☐YES ☐NO | SEIZING OFFICER/EMP NO. |
|---|---|---|---|

| ITEM NO. | SUSPECT | LOCATION OF PROPERTY |
|---|---|---|

PROPERTY DESCRIPTION

EVIDENCE TAG #

| LOCATING OFFICER/EMP NO. | PHOTO ☐YES ☐NO | SEIZED/11470 H&S ☐YES ☐NO | SEIZING OFFICER/EMP NO. |
|---|---|---|---|

E:\WP24\SEARCH WARRANT PROPERTY INVENTORY FORM.doc

LT000093