FILED
CLERK, U.S. DISTRICT COURT

OCT - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ELEBY, et al.,<br><br>Defendants. | Case No. 10-923(B)-SJO<br><br>**REDACTED**<br><br>VERDICT FORM FOR KEVIN ELEBY |

We, the jury in the above-captioned case, present the following unanimous verdict.

(Cont.)

Case 2:10-cr-00923-SJO Document 1743 Filed 10/01/12 Page 2 of 5 Page ID #:2100

## COUNT ONE

### Racketeering Conspiracy (18 U.S.C. Section 1962(d))

    1. We, the Jury, unanimously find the defendant **KEVIN ELEBY** (*check one*):

        ✓    GUILTY or

        _____    NOT GUILTY

as charged in Count One of the Indictment.

## COUNT FIVE

### Drug Trafficking Conspiracy (21 U.S.C. § 846)

    2. We, the Jury, unanimously find the defendant **KEVIN ELEBY** (*check one*):

        ✓    GUILTY or

        _____    NOT GUILTY

as charged in Count Five of the Indictment.

(*If your response to Question 2 is Not Guilty, proceed to Count Nine and do not answer Question 3.*

*If your response to Question 2 is Guilty, you must also answer Question 3*)

3. We, the Jury, having found the defendant guilty of the offense charged in Count Five of the indictment, further unanimously find that it was reasonably foreseeable to defendant **KEVIN ELEBY** that the overall conspiracy involved the distribution of (*check **every** drug type that applies and then, for **each** drug type that you select, check **one** quantity threshold*).

    a.    ✓    Cocaine

         ✓    5 kilograms or more;

         ____    At least 500 grams but less than 5 kilograms; or

         ____    Less than 500 grams

    b.    ✓    Cocaine Base ("crack" cocaine)

         ✓    280 grams or more;

         ____    At least 28 grams but less than 280 grams; or

         ____    Less than 28 grams

## COUNT NINE

### Vicarious Possession of Firearm in Furtherance of Crime of Violence (18 U.S.C. Section 924(c)(1)(A))

4. We, the Jury, unanimously find the defendant **KEVIN ELEBY** (*check one*):

         ✓    GUILTY or

         ____    NOT GUILTY

as charged in Count Nine of the Indictment.

(Cont.)

3

## COUNT ELEVEN

## Possession of Firearm in Furtherance of a Drug Trafficking Crime (18 U.S.C. Section 924(c)(1)(A))

5. We, the Jury, unanimously find the defendant **KEVIN ELEBY** (*check one*):

_____ GUILTY or

_____ NOT GUILTY

as charged in Count Eleven of the Indictment. (*If your response to Question Five is Not Guilty, proceed to Count Eighteen and do not answer Question 6. If your response to Question 5 is Guilty, you must also answer Question 6.*)

6. We, the Jury, having found the defendant guilty of the offense charged in Count Eleven of the indictment, further unanimously find that defendant **KEVIN ELEBY** possessed a firearm in furtherance of the following crimes (*check all that apply, and check at least one*):

a. _____ A drug trafficking crime, namely, conspiracy to distribute, or to possess with intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 846, as charged in Count Five;

b. _____ A drug trafficking crime, namely, possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Eighteen.

(Cont.)

hopelessly deadlocked

4

**COUNT EIGHTEEN**

**Possession with Intent to Distribute a Controlled Substance**

7. We, the Jury, unanimously find the defendant **KEVIN ELEBY** (*check one*):

     _√_ GUILTY or

     _____ NOT GUILTY

of possession with intent to distribute cocaine as charged in Count Eighteen of the Indictment.

Dated: _____10 /1 /12_____

# REDACTED

VERDICT FORM AS TO FOREPERSON
SIGNATURE