UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 10-567(A)-AHM-1
           )
    Plaintiff,   )
           ) PROPOSED VERDICT FORM FOR
           ) DEFENDANT RAFAEL MUNOZ
    v.     ) GONZALEZ
           )
RAFAEL MUNOZ GONZALEZ, et al., )
           )
           )
    Defendants.  )
           )

  We, the Jury in the above-captioned case, present the following unanimous verdict.

*(Cont.)*

**<u>COUNT ONE</u>**

**<u>Racketeering Conspiracy (18 U.S.C. Section 1962(d))</u>**

1.  We, the Jury, unanimously find the defendant **RAFAEL MUNOZ GONZALEZ** (*check one*):

_____   GUILTY or

_____   NOT GUILTY

as charged in Count One of the Indictment.

*(Cont.)*

**COUNT TWO**

**Substantive Racketeering (18 U.S.C. § 1962(c))**

2.  We, the Jury, unanimously find the defendant **RAFAEL MUNOZ GONZALEZ** (*check one*):

_____ GUILTY or

_____ NOT GUILTY

as charged in Count Two of the Indictment.

(*If your response to Question 2 is Not Guilty, proceed to Count Five and do not answer Question 3.*

*If your response to Question 2 is Guilty, you must also answer Question 3.*)

*(Cont.)*

3

*(Count Two, Cont.)*

3.   We, the Jury, having found the defendant **RAFAEL MUNOZ GONZALEZ** guilty of Count Two, further find, beyond a reasonable doubt, that the defendant's pattern of racketeering activity consisted of the following racketeering crimes (*check __all__ of the racketeering crimes that apply, and you must select at least __two__ for this defendant to be found guilty of Count Two):*

> a.   _____   **Racketeering Act One**: Conspiracy to distribute at least 50 grams of methamphetamine, __or__ at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A);

> b.   _____   **Racketeering Act Two**: Possession with intent to distribute at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

> c.   _____   **Racketeering Act Four**: Possession with intent to distribute at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); and/or

> d.   _____   **Racketeering Act Five**: Conspiracy to kill rival Pico Viejo gang members with malice aforethought, in violation of California Penal Code Sections 21a, 182, and 187.

*(Cont.)*

4

**COUNT FIVE**

**Violent Crime (Conspiracy to Commit Assault with Intent to Cause Seriously Bodily Injury) in Aid of Racketeering (18 U.S.C. § 1959(a)(6))**

4.  We, the Jury, unanimously find the defendant **RAFAEL MUNOZ GONZALEZ** (*check one*):

_____   GUILTY or

_____   NOT GUILTY

as charged in Count Five of the Indictment.

*(Cont.)*

**COUNT SIX**

**Violent Crime (Conspiracy to Commit Murder) in Aid of Racketeering (18 U.S.C. § 1959(a)(5))**

5.   We, the Jury, unanimously find the defendant **RAFAEL MUNOZ GONZALEZ** (*check one*):

\_\_\_\_\_   GUILTY or

\_\_\_\_\_   NOT GUILTY

as charged in Count Six of the Indictment.


*(Cont.)*

6

**COUNT SEVEN**

**Drug Trafficking Conspiracy (21 U.S.C. § 846)**

6. We, the Jury, unanimously find the defendant **RAFAEL MUNOZ GONZALEZ** (*check one*):

_____   GUILTY or

_____   NOT GUILTY

as charged in Count Seven of the Indictment.

(*If your response to Question 6 is Not Guilty, proceed to Count Eight and do not answer Question 7. If your response to Question 6 is Guilty, you must also answer Question 7.*)

7. We, the Jury, having found the defendant **RAFAEL MUNOZ GONZALEZ** guilty of Count Seven of the indictment, further unanimously find that it was reasonably foreseeable to defendant **RAFAEL MUNOZ GONZALEZ** that the overall conspiracy involved the distribution of (*check **every** drug type that applies and then, for **each** drug type that you select, check **one** quantity threshold*).

a. _____ "Pure or Actual" Methamphetamine

_____ 50 grams or more;

_____ At least 5 grams but less than 50 grams; or

_____ Less than 5 grams

b. _____ Mixture or Substance Containing a Detectable Amount of Methamphetamine

_____ 500 grams or more;

_____ At least 50 grams but less than 500 grams; or

_____ Less than 50 grams

*(Cont.)*

7

**COUNT EIGHT**

**Possession with Intent to Distribute Methamphetamine (21 U.S.C. § 841(a)(1))**

8.   We, the Jury, unanimously find the defendant **RAFAEL MUNOZ GONZALEZ** (*check one*):

_____  GUILTY or

_____  NOT GUILTY

as charged in Count Eight of the Indictment.  (*If your response to Question 8 is Not Guilty, proceed to Count Nine and do not answer Question 9.  If your response to Question 8 is Guilty, you must also answer Question 9.*)

9.   We, the Jury, having found the defendant **RAFAEL MUNOZ GONZALEZ** guilty of Count Eight of the indictment, further unanimously find that it was reasonably foreseeable to defendant **RAFAEL MUNOZ GONZALEZ** that the offense in Count Eight involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine (*select "yes" or "no," and select only one.*)

_____ Yes

_____ No

*(Cont.)*

8

**COUNT NINE**

**Vicarious Possession of Firearm in Furtherance of a Crime of Violence or Drug Trafficking Crime**

**(18 U.S.C. § 924(c))**

10.   We, the Jury, unanimously find the defendant **RAFAEL MUNOZ GONZALEZ** (*check one*):

_____   GUILTY or

_____   NOT GUILTY

as charged in Count Nine of the Indictment.

Dated: _____       in Los Angeles, California.


_____
FOREPERSON OF THE JURY