Case 2:11-cr-01268-ODW Document 278-3 Filed 09/10/14 Page 1 of 6 Page ID #:4620
Case 2:10-cr-00923-SJO Document 2410 Filed 12/20/13 Page 1 of 6 Page ID #2420
#:2113

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>RONDALE YOUNG,<br><br>    Defendant. | No. CR 10-923-SJO-31<br><br>**VERDICT FORM** |

# COUNT ONE

Racketeering Conspiracy (18 U.S.C. Section 1962(d))

1. We, the Jury, unanimously find the defendant RONDALE YOUNG (check one):

_____✓_____ GUILTY or

_____ NOT GUILTY

as charged in Count One of the Indictment.

*(If the response to Question 1 is Guilty, you must also answer Question 2. If the response to Question 2 is Not Guilty, proceed directly to Question 3.)*

2. We, the Jury, having found defendant guilty of Count One of the Indictment, further unanimously find that defendant RONDALE YOUNG agreed that he or a co-conspirator would engage in a pattern of racketeering activity consisting of at least the following crimes (*select all that apply*):

    a. _✓_ Murder

    b. _✓_ Conspiracy to Commit Murder

    c. _____ Robbery

    d. _✓_ Witness and Informant Intimidation

*(cont'd)*

**COUNT TWO**

**Violent Crime (Conspiracy to Commit Murder) in Aid of Racketeering**

3.    We, the Jury, unanimously find the defendant RONDALE YOUNG (check one):

       ✓   GUILTY or

           NOT GUILTY

as charged in Count Two of the Indictment.

*(cont'd)*

## COUNT THREE

Violent Crime (Vicarious Commission of, or Aiding and Abetting, Murder) in Aid of Racketeering (18 U.S.C. § 1959(a)(1))

4.    We, the Jury, unanimously find the defendant RONDALE YOUNG (check one):

____✓____  GUILTY  or

_____  NOT GUILTY

as charged in Count Three of the Indictment.

*(cont'd)*

## COUNT FOUR

Possession of Firearm in Furtherance of a Crime of Violence

5.   We, the Jury, unanimously find the defendant RONDALE YOUNG (check one):

_____   GUILTY or

___✓___   NOT GUILTY

as charged in Count Four of the Indictment.

(cont'd)

## COUNT FIVE

**Vicarious Use and Carry of Firearm in Furtherance of a Crime of Violence**

6.    We, the Jury, unanimously find the defendant RONDALE YOUNG (check one):

    ✓    GUILTY or

    _____    NOT GUILTY

as charged in Count Five of the Indictment.

*(If the response to Question 6 is Guilty, you must also answer Question 7. If the response to Question 6 is Not Guilty, skip Question 7.)*

7.    We, the Jury, having found defendant RONDALE YOUNG guilty of Count Five, further unanimously find that the following facts about the firearm in Count Five (i) fell within the scope of defendant's unlawful agreement with others and (ii) could reasonably have been foreseen by defendant to be a necessary or natural consequence of that agreement (*check all that apply, if any*):

(a)   ✓  A co-conspirator brandished the firearm in Count Five;

(b)   ✓  A co-conspirator discharged the firearm in Count Five;

(c)   ✓  The use of the firearm in Count Five caused the death of victim Francisco Cornelio and constituted murder.

DATED ___12/20/13___ in Los Angeles, California

# REDACTED

VERDICT FORM AS TO FOREPERSON
SIGNATURE

5