# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

(___ Amended _____)

Case No. ___ CR 11-1068 -ODW-1 ___                      Date ___ April 27, 2015 ___

Present: The Honorable ___ Otis D. Wright II, United States District Judge ___

| Sheila English | Debi Read | Marilyn E Bednarski |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| 1- Luis Manuel Tapia | ✓ | | 1-Marilyn E Bednarski | | | ✓ | none |

**PROCEEDINGS:**       **SENTENCING AND JUDGMENT HEARING**       **Contested** ✓   **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.      ✓ Refer to separate Judgment Order.

_____ Imprisonment for _Years/months_ on each of counts _____

_____ Count(s) _____ concurrent/consecutive to count(s) _____

_____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

_____ years/months Supervised Release/Probation imposed on count(s) _____

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

_____ Perform _____ hours of community service.

_____ Serve _____ in a CCC/CTC.

_____ Pay $_____ fine amounts & times determined by P/O.

_____ Make $_____ restitution in amounts & times determined by P/O.

_____ Participate in a program for treatment of narcotic/alcohol addiction.

_____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

_____ Other conditions: _____

_____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

_____ Pay $_____ per count, special assessment to the United States for a total of $_____

_____ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _days/months_ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

_____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

✓ Defendant informed of right to appeal.

_____ ORDER sentencing transcript for Sentencing Commission.      _____ Processed statement of reasons.

_____ Bond exonerated _____ upon surrender _____ upon service of _____

_____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

_____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

_____ Issued Remand/Release # _____

_____ Present bond to continue as bond on appeal.      _____ Appeal bond set at $_____

_____ Filed and distributed judgment. ENTERED.

✓ Other **Defense Counsel and the defendant addresses the Court. The Parties agree to VACATE Count 1- granted by the Court.**

                                                                    1 : 16

Initials of Deputy Clerk ___ se ___