JEREMY GORDON
1848 Lone Star Road, Suite 106
Mansfield, Texas 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
*Attorney Pro Hac Vice for Luis Manuel Tapia*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIS MANUEL TAPIA,<br><br>    Defendant/Movant. | Case No.: 2:11-cr-1068-ODW<br><br>**DECLARATION OF LUIS MANUEL TAPIA IN SUPPORT OF 28 U.S.C. § 2255 MOTION** |

I, Luis Manuel Tapia, declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information and belief.

1) I am the defendant in the above styled cause.

2) I was initially represented in the above criminal case by attorney Brian A. Newman, and later appointed attorney Marilyn E. Bednarski.

3) I was aware of the Government's filing of the 21 U.S.C. § 851 enhancement, but at no time did either of my attorneys discuss the mandatory consequences of such an enhancement.

4) I was told that the enhancement applied to the 21 U.S.C. § 841 counts of the Indictment, but not that it would result in a mandatory life sentence if I was convicted on any one of Counts 1, 3, 9, 10, 20 or 21.

DECLARATION OF LUIS MANUEL TAPIA IN SUPPORT OF 28 U.S.C. § 2255 MOTION - 1

5) I was made aware of a 22-year binding plea offer from the Government. However, I believe I could receive less time if I proceeded to trial so I rejected the plea offer.

6) I did not know that the Court did not have the discretion to depart below a mandatory minimum sentence. I proceeded to trial and then sentencing still under this belief.

7) Had I been informed that a conviction on just one of the aforementioned counts would have resulted in a mandatory life sentence that the Court could not disregard, I would have taken the 22 year plea offer instead of going to trial.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.


Signed this ___ day of January 2019.




_____
Luis Manuel Tapia

DECLARATION OF LUIS MANUEL TAPIA IN SUPPORT OF 28 U.S.C. § 2255 MOTION - 2