Luis Tapia (61741-112)
U.S.P. Beaumont
PO Box 26030
Beaumont, Tx 77720

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA.

LUIS MANUEL TAPIA,
    Defendant/Movant

- vs -

UNITED STATES OF AMERICA,
    Plaintiff/Respondent.

CR11-1068-ODW-1

---

**Defendant's Motion For Reduction of Sentence Pursuant To Amendment 782 To The United States Sentencing Guidelines And 18 U.S.C. Section 3582(c)(2)(A)**

---

Comes now, Luis Manuel Tapia, the defendant pro se, herein After ("Movant") and respective Moves this Court for a reduction in sentence on Counts: 4, 6, 7, 15, of the indictment in light of Amendment 782 to the United States Sentencing Guidelines.

## STATEMENT OF Jurisdiction

This Court has Jurisdiction to reduce Movant's sentence on those Counts Pursuant to 18 U.S.C. Section 3582(c)(2)(A)

## STATEMENT OF THE CASE

Movant was named in a Multi-Count, Multiperson indictment filed on November 08, 2011. At relevant part Movant excused his right to a trial by Jury. At sentencing Movant was sentenced for violations of 21 U.S.C. Section 841(a)(1)(A) Counts 6, 15, to life pursuant to the United States Sentencing Guidelines. Also at relevant part Movant was sentenced to 360 Months on Counts 4 and 7 for violation of 21 U.S.C. Section 841(a)(1)(C). As discussed below the USSG was amended to lower the applicable Guideline range for all drugs in admendment 782 to the USSG. Movant comes here to seek benfit of that Amendment.

## LEGAL ANALYSIS

At relevant part Movants base offense level was calculated at 38 pursuant to USSG section 201.1(D). Movant concedes that currently he has a Mandatory life sentence which is the driving force behind his Contena, but resent developments Constitute further litigation will reduce those. Thus, Movant Comes here to get a Correct Calculation of his guidlines enter into the record in light of Amendment 782.

## Conclusion

After Considering the Above the Court should grant Movant the relief sought and reduce his base offense level to 36 pursuant to Amendment 782 to USSG.

Respectfully submitted on this 9th day of Oct, 2020

Luis Manuel Tapia
Reg No. _____
USP Beaumont
P.O. Box 26030
Beaumont, TX 77720

3