

7/5/24

Dear Clerk of the Court:

I am requesting the court to review the following case 2:11-cr-01068-ODW

1.) I was convicted before the First Step Act.

2.) Changes to Mandatory Minimums.

3.) The First Step Act revised Section 924(c)(1)(c).

4. Two prior 851's enhancement / career offender under USSG § 4B1.1 conviction.

For the above reasons please forward this letter for consideration.

Thank you in advance

Respectfully
Luis Tapia  61741-112

LUIS M
USP HAZELTON
P.O. BOX 2000
BRUCETON MILLS, W.V
26525



DISTRICT COURT EXECUTIVE
CLERK OF COURT
350 WEST 1ST STREET, SUITE 4311
LOS ANGELES, CA 90012-4565



RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 15 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY



